AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 APR 26  PM 3: 36
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>NICHOLAS SHELTON<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)  2:23-mj-52<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 8, 2023 - April 11, 2023   in the county of   Chittenden   in the _____ District of   Vermont and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Use of a facility or means of interstate or foreign commerce to knowingly persuade, coerce, or entice, and attempt to knowingly persuade, coerce, or entice, a minor to engage in any sexual activity for which any person can be charged with a criminal offense |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Otey, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   04/26/2023

_____
Judge's signature

City and state:   Burlington, Vermont           Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*